UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRIK BLOCK,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SMART PLACE INC dba V-RED,<br><br>　　　　　　Defendant. | Case No.  1:22-cv-01417-ADA-BAM<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO CONTINUE SETTLEMENT CONFERENCE**<br><br>(Doc. 29) |

　　　　This case is currently set for an in-person Settlement Conference on August 28, 2023, before Magistrate Judge Stanley A. Boone.  (Doc. 28.)  On August 21, 2023, Defendant Smart Place Inc. dba V-Red filed a request to continue the settlement conference.  According to the moving papers, Defendant will not be able to attend the conference, either in person or remotely, due to a work emergency.  Further, neither Defendant nor its attorney believe that Defendant is ready to engage in meaningful settlement discussions at this point.  Defendant anticipates that it will be in a better position to address settlement terms by the end of October.  (*Id.*)

　　　　Following a preliminary review of the request, the Court directed Plaintiff to file a response to the request by August 24, 2023.   (Doc. 30.)

　　　　On August 23, 2023, Plaintiff filed a response, objecting to Defendant's request for continuance and indicating that he remains ready to proceed with the settlement conference as scheduled. (Doc. 33.)

1

Having considered Defendant's request and Plaintiff's objection, the Court finds that the currently scheduled settlement conference will be neither productive nor meaningful. Defendant is unavailable to participate and is not ready to engage in meaningful settlement discussions. Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's request to continue the settlement conference is GRANTED;
2. The settlement conference currently set for August 28, 2023, before Magistrate Judge Stanley A. Boone is VACATED; and
3. Within twenty-one (21) days of the date of this Order, the parties shall contact Courtroom Deputy Esther Valdez at (559) 499-5788 to schedule a continued settlement conference.

IT IS SO ORDERED.

Dated:   **August 23, 2023**            /s/ Barbara A. McAuliffe            
                                                                  UNITED STATES MAGISTRATE JUDGE

2