UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hendrick Block<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Smart Place, Inc., dba V-Red<br><br>　　　　　Defendant. | Case No.  1:22-cv-01417-ADA-BAM<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 10/19/2023.

October 27, 2023　　　　　　　　　　　　　　KEITH HOLLAND, CLERK

　　　　　　　　　　　　　　　　　　　　　　By: /s/  R. Gonzalez,
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk